```
                                              FILED
                                         07 JUN 22 PM 1:07
                                       CLERK, U.S. DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA

                                     BY:        /s/          DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.    99CR0684BTM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| MICHELLE BLEA, | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the hearing in the above-captioned case be continued from June 22, 2007 at 10:30 AM to **July 13, 2007** at **8:30 AM**.

**SO ORDERED**

DATE: 6-20-07

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE